814

*Certiorari Granted.*

No. 362. LE MAISTRE *v.* LEFFERS ET AL. Certiorari granted. *W. B. Shelby Crichlow* and *Dewey A. Dye* for petitioner. *R. A. Henderson, Jr.* for the Real Estate Exchange, Inc., respondent.

No. 369. SIPUEL *v.* BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA ET AL. Certiorari granted. *Amos T. Hall* and *Thurgood Marshall* for petitioner. *Mac Q. Williamson,* Attorney General of Oklahoma, and *Fred Hansen,* First Assistant Attorney General, for respondents.

No. 370. FONG HAW TAN *v.* PHELAN, ACTING DISTRICT DIRECTOR, IMMIGRATION & NATURALIZATION SERVICE. Certiorari granted. *Lambert O'Donnell* and *William J. Chow* for petitioner. *Solicitor General Perlman, W. Marvin Smith, Robert S. Erdahl* and *Philip R. Monahan* for respondent.

No. 366. BAY RIDGE OPERATING Co., INC. *v.* AARON ET AL.; and
No. 367. HURON STEVEDORING CORP. *v.* BLUE ET AL. Certiorari granted. *Solicitor General Perlman* for petitioners. *Monroe Goldwater, Max R. Simon* and *James L. Goldwater* for respondents. *Louis Waldman* filed a brief for the International Longshoremens Association (A. F. L.), as *amicus curiae,* supporting the petition.